IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> SAM & JAX TRUCKING, INC., a dissolved Illinois corporation <br><br> Defendant. | Case No.: 2022 C 2706 <br><br> Judge Martha M. Pacold <br><br> Magistrate Judge David Weisman |

## MOTION FOR ORDER OF DEFAULT AND JUDGMENT IN SUM CERTAIN

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, LLP and move for default, pursuant to FRCP 55(a) and judgment in sum certain under FRCP 54(c) as stated in this Motion and the supporting Affidavits attached hereto as Exhibits 1 and 2. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on May 23, 2022 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. An audit review was performed on March 11, 2020 for the period December 1, 2017 through March 31, 2020, and found to be owing by the Employer:

| | |
|---|---|
| Pension | $39,610.15 |
| Welfare | $48,219.12 |
| Total | $87,829.27 |

3. Service was made upon SAM & JAX TRUCKING, INC., a dissolved Illinois corporation on June 27, 2022.

4. Defendant is now in default under FRCP 55(a) on the ERISA Complaint and attorneys' fees and costs are awarded under 29 U.S.C. 1132(g)(2) and as supported by the attached Affidavits (Exhibits 1 and 2) judgment, pursuant to FRCP 54(c), is sought in the following amounts:

```
$48,219.12   Welfare
$39,610.15   Pension
 $1,250.00   Attorneys fees
   $499.00   Court costs
$89,578.27
```

WHEREFORE, Plaintiffs pray for:

1. Entry of default and judgment in a sum certain against Defendant, SAM & JAX TRUCKING, INC., a dissolved Illinois corporation, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION AND WELFARE FUNDS in the amount of $89,578.27 with no just reason for delay in enforcement under FRCP 54(b).

                                                TRUSTEES OF THE SUBURBAN TEAMSTERS
                                                OF NORTHERN ILLINOIS PENSION AND
                                                WELFARE FUNDS

                                                s/John J. Toomey
                                                ARNOLD AND KADJAN, LLP
                                                35 E. Wacker Drive, Suite 600
                                                Chicago, IL 60601
                                                Telephone No.: (312) 236-0415
                                                Facsimile No.: (312) 341-0438
                                                Dated: July 20, 2022